**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1045**

———————

MICHAEL L. DONNER, SR.,

Plaintiff - Appellant,

versus

THOMAS G. HODGES,

Defendant - Appellee.

———————

**No. 97-1102**

———————

MICHAEL L. DONNER, SR.,

Plaintiff - Appellee,

versus

THOMAS G. HODGES,

Defendant - Appellant.

———————

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge. (CA-96-1439-A)

———————

Submitted:  March 27, 1997           Decided:  April 4, 1997

———————

Before RUSSELL, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Michael L. Donner, Sr., Appellant Pro Se. D. Stan Barnhill, WOODS, ROGERS & HAZLEGROVE, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael L. Donner, Sr., appeals a district court order dismissing his amended complaint for failure to state a claim upon which relief could be granted and a subsequent order denying his motion to amend judgment. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, in No. 97-1045, we affirm on the reasoning of the district court. Donner v. Hodges, No. CA-96-1439-A (E.D. Va. Dec. 13 and Dec. 31, 1996). In light of our decision in No. 97-1045, we affirm Thomas C. Hodges' cross-appeal of the district court's order denying Hodges' motion to dismiss on other grounds and granting Donner's motion to amend his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.